IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN ALVIN FARGIS, Jr.                                             PETITIONER

v.                               No. 4:24-cv-4089

J. MINORS, Warden                                                  RESPONDENT
Southwest Community
Corrections Center

## ORDER

Came on for consideration **JOHN ALVIN FARGIS, Jr.'s** Petition for Writ of *Habeas Corpus* Relief pursuant to 28 U.S.C. § 2254.  FARGIS has failed to submit the required filing fee or a Motion to Proceed *In Forma Pauperis*.  FARGIS is ordered to either submit the $5.00 filing fee or a Motion to Proceed *In Forma Pauperis* on or before September 20, 2024.

The Clerk is directed, to file the Petition as submitted.  The Clerk is further directed to mail a copy of this order and a Court approved Motion to Proceed *In Forma Pauperis* to FARGIS at the address provided in the Petition.

**IT IS FURTHER ORDERED** that FARGIS shall file no further pleadings in this matter until further Order of the Court.

**SIGNED this 3rd day of September 2024.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE