IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHN ALVIN FARGIS, JR.                                                                                          PLAINTIFF

v.                                       Case No. 4:24-cv-04089

J. MINORS, Warden, Southwest
Arkansas Community Corrections
Center                                                                                                          DEFENDANT

**ORDER**

Before the Court is the Report and Recommendation filed January 7, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Bryant recommends that Plaintiff's Petition for Writ of Habeas Corpus (ECF No. 1) be denied and dismissed with prejudice. Judge Bryant also recommends that no Certificate of Appealability be issued in this matter.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, Plaintiff's Petition for Writ of Habeas Corpus (ECF No. 1) is hereby **DENIED** and **DISMISSED WITH PREJUDICE**. Further, no Certificate of Appealability shall issue in this matter.

**IT IS SO ORDERED**, this 18th day of February, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge